IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SUSAN SMITH, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| vs. | : | NO. 12-6032 |
| | : | |
| EAST PENN MANUFACTURING, INC., | : | |
| Defendant. | : | |

**ORDER**

**AND NOW**, this   8th   day of August, 2014, upon consideration of the Defendant's Motion for Summary Judgment (Dkt. No. 29) filed February 7, 2014, Defendant's Statement of Undisputed Facts (Dkt. No. 30) filed February 12, 2014, Plaintiff's Response in Opposition to Defendant's Motion for Summary Judgment (Dkt. No. 31) filed February 28, 2014, and Defendant's Reply Brief in Support of Motion for Summary Judgment (Dkt. No. 36) filed March 17, 2014, and for the reasons set forth in the foregoing Memorandum,

**IT IS ORDERED** that Defendant's Motion for Summary Judgment is **GRANTED** and Judgment is entered for East Penn Manufacturing, Inc.

BY THE COURT:

 /s/ Henry S. Perkin
HENRY S. PERKIN
United States Magistrate Judge